IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KERRI R. NABER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV667 |
| | ) | |
| v. | ) | |
| | ) | |
| MERCK & CO., INC., and PFIZER, INC., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

Defendant Merck & Co., Inc.'s motion for stay of all proceedings pending transfer decision to the multidistrict litigation proceeding that has been established in the Eastern District of Louisiana, filing 9, is granted.

DATED November 28, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge